# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, | |
| Plaintiff, | Case No. 2:10-cv-01560-PMP-PAL |
| vs. | **ORDER** |
| BNE, *et al.*, | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered September 13, 2010, regarding removal of this case to federal district court. On September 14, 2010, Defendant BAC Home Loans, Inc. filed a signed Statement (Dkt. #5) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., November 4, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 21st day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge